In the Matter of the Claim of GEORGE SCHNEIDER, Respondent, against MASBACK HARDWARE Co. and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and insurance carrier have appealed from an award of the State Industrial Board in favor of claimant for seventy per cent loss of use of the right arm. The only issue is whether or not the accident arose out of and in the course of claimant's employment. Claimant on December 1, 1938, while working for his employer and making rounds on the different floors of the employer's premises for the purpose of distributing towels, picked up a metal tag and attempted to hand it to a coemployee who was on an elevator. In doing so claimant's right arm was caught in the elevator gate and injured. The employer in its report admitted that the accident happened in the course of claimant's employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of SAUL TUBIS (EMANUEL A. SCHIFFMAN as Committee), Respondent, against H. WEADERHORN, INC., and FIREMEN'S FUND INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The question is whether there has been a settlement of a third-party action in violation of section 29 of the Workmen's Compensation Law which prevents the claimant from receiving an award for deficiency. The case was here before this court at an earlier date. (252 App. Div. 897.) The judgment indicates that the parties agreed as to liability of the defendants and thereupon the court assessed the damages. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Heffernan and Foster, JJ., concur; Bliss and Schenck, JJ., dissent for the reasons stated in the dissenting opinion of Bliss, J., on the prior decision in this court and upon the authority of *Matter of Kirby* v. *Bloomingdale Bros.* (256 App. Div. 1016; affd., 281 N. Y. 856) and *Matter of Daus* v. *Gunderman & Sons, Inc.* (283 id. 459).